# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　Defendants. | Case No. 25-cv-3670-TJK |

## NOTICE OF VOLUNTARY DISMISSAL OF COUNTS ONE THROUGH FIVE OF COMPLAINT

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice of its voluntary dismissal of Counts One through Five of its Complaint. Because this notice effectuates the dismissal of all claims against Defendants National Archives and Records Administration and Marco Rubio, they should be terminated as parties in the case.

Date: January 25, 2026

Respectfully Submitted,

*/s/ Nikhel S. Sus*
Nikhel S. Sus (D.C. Bar No. 1017937)
Kayvan Farchadi (D.C. Bar No. 1672753)
Citizens for Responsibility and Ethics
　in Washington
P.O. Box 14596
Washington, DC 20044
Phone: (202) 408-5565
Fax: (202) 508-5020
nsus@citizensforethics.org
kfarchadi@citizensforethics.org

*Counsel for Plaintiff*